ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO.: _____

JUANITA BRANDENBURG                                                          PLAINTIFF

v.                            **NOTICE OF REMOVAL**

STANTON HEALTH FACILITIES, L.P., d/b/a
STANTON NURSING AND REHABILITATION CENTER                  DEFENDANT

* * * * * * * * *

  Comes now Defendant, Stanton Health Facilities, L.P., d/b/a Stanton Nursing and Rehabilitation Center, and for its Notice of Removal from the Powell Circuit Court to the United States District Court for the Eastern District of Kentucky, Lexington Division, states as follows:

  1. On April 21, 2014 Juanita Brandenburg ("Plaintiff") filed a Complaint in the Powell Circuit Court styled, *Juanita Brandenburg v. Stanton Health Facilities, L.P., d/b/a Stanton Nursing and Rehabilitation Center,* Commonwealth of Kentucky, Powell Circuit Court, Case No. 14-CI-00068.

  2. The Complaint alleges Stanton Health Facilities, L.P. was negligent in its care and treatment of Juanita Brandenburg. The Plaintiff seeks to recover compensatory damages for Juanita Brandenburg, as well as punitive damages from Stanton Health Facilities, L.P.

  3. Stanton Health Facilities, L.P. was served with the Summons and the Complaint on April 21, 2014.

  4. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332 based upon diversity jurisdiction. The Complaint alleges Plaintiff is a resident and citizen of Powell

County, Kentucky and further alleges that Defendant, Stanton Health Facilities, L.P. d/b/a Stanton Nursing and Rehabilitation Center, is a foreign limited partnership organized under the laws of the State of Texas, with its principle place of business at 5420 W. Plano Parkway, Plano, Texas 75093. Thus, the parties are citizens and residents of different states and the requirement of complete diversity is satisfied. *See* 28 U.S.C. §1332(a).

5. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The Circuit Court of Powell County, Kentucky is located within the jurisdiction of the United States District Court for the Eastern District of Kentucky, Lexington Division. Therefore, venue is proper in this Court and division pursuant to 28 U.S.C. §1441(a).

6. Based upon the allegations raised in the Complaint attached hereto, including Plaintiff's demand for punitive damages, this matter in controversy exceeds $75,000.00 in damages, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. §1332(a), this Court has jurisdiction over this action because it is facially apparent from Plaintiff's Complaint that Plaintiff is seeking damages in excess of the jurisdictional amount in controversy. 28 U.S.C. § 1441(a) provides that "any civil action brought in state court which the district courts have original jurisdiction may be removed by the defendant . . . to the district court of the United States for the district embracing the place where such action is pending." Federal District Courts "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between . . . citizens of different states." 28 U.S.C. §1332(a). When

determining whether a case meets the jurisdictional requirement for purposes of removal, courts should consider "whether it is 'facially apparent' from the complaint that the damages are 'likely above' the jurisdictional amount in controversy." *Rotschi v. State Farm*, 114 F.3d 1188, 1188 (6th Cir. 1997).  Accordingly, the amount in controversy requirement is satisfied. *See* 28 U.S.C. §1332(a).  Plaintiff seeks punitive and compensatory damages as well as attorney fees. Thus, it is facially apparent that Plaintiff is seeking damages in excess of the jurisdictional amount.

8. This Notice of Removal has been filed within thirty (30) days of the date when the action became removable as required by 28 U.S.C. §1446(b). This Notice of Removal is further consistent with 28 U.S.C. §1446(b) in that it has been filed within one year after the commencement date of this action.

9. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon this Defendant in the State Court Action are attached to this Notice as Exhibit "A."

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon all parties and a copy is being filed with the Circuit Court of Powell County, Kentucky.

11. Because 28 U.S.C. §1332(a) confers federal subject matter jurisdiction over this action, removal of this action to this Court is proper pursuant to 28 U.S.C. §1441.

**WHEREFORE**, Defendant, Stanton Health Facilities, L.P. d/b/a Stanton Nursing and Rehabilitation Center, at all times relevant hereto gives Notice of the removal of this action from the Circuit Court of Powell County, Kentucky, to the United States District Court for the Eastern District of Kentucky in the Lexington Division.

        QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/ J. Peter Cassidy, III*
J. Peter Cassidy, III, Esq.
Matthew C. Cocanougher, Esq.
2452 Sir Barton Way, Ste. 300
Lexington, KY  40509
859-226-0057
859- 226-0059 – facsimile

  - and -

Donald L. Miller, II, Esq.
9300 Shelbyville Rd., Ste. 400
Louisville, KY  40222
502-423-6390
502-423-6391 – facsimile
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on the 9th day of May, 2014, upon:

| | |
|---|---|
| Elliott C. Miller, Esq. | Patricia Darlene Drake |
| Miller, Griffin & Marks, P.S.C. | Powell Circuit Clerk |
| 271 W. Short St., Ste. 600 | 525 Washington Street |
| Lexington, KY  40507 | P.O. Box 578 |
| | Stanton, KY  40380 |

*/s/ J. Peter Cassidy, III*
ATTORNEY FOR DEFENDANT