UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JUANITA BRANDENBURG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-183-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| STANTON HEALTH FACILITIES, L.P., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have filed an Agreed Order of Dismissal notifying the Court that they have settled all claims asserted in this action.[1] [Record No. 42] The Court being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The plaintiff's claims against Defendants Stanton Health Facilities, L.P. d/b/a Stanton Nursing and Rehabilitation Center; Stanton Health Facilities GP, LLC; Preferred Care Partners Management Group, L.P.; PCPMG, LLC; Preferred Care, Inc.; and Kentucky Partners Management, LLC are **DISMISSED**, with prejudice. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

2. Each party shall bear his, her, or its own costs and fees.

---

[1] Kay Brandenburg, Larry Brandenburg, and Deloris Neugebauer agreed to settlement of the claims as co-guardians of Juanita Brandenburg, an incapacitated person, as a result of their substitution as party plaintiffs by Arbitrator Robert F. Duncan.

      3.      This is a **FINAL** and **APPEALABLE** Order and there is no just cause for delay.

This 20th day of July, 2016.



Signed By:
*Danny C. Reeves* DCR
United States District Judge